UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
                                    :    S4 09 Cr. 341
    - against -                     :
                                    :    **ORDER**
                                    :
JOSE PEÑA and                       :
HECTOR RAYMOND PEÑA,                :
                                    :
                 Defendants.        :
------------------------------------X

**VICTOR MARRERO**, United States District Judge.

On October 11, 2013, the Court issued a Decision and Order (the "Decision and Order") granting in part and denying in part the Government's motions in limine. (Dkt. No. 208.) The Court indicated in its Decision and Order that a number of its rulings regarding the introduction of certain statements by non-testifying witnesses were preliminary and subject to revision if the Government provided greater detail about certain factual matters. Relatedly, the Court denied the Government's motion to introduce evidence of certain of defendant Jose Peña's prior acts on the grounds that the Government had not provided sufficient detail linking him to the "Solid Gold" drug dealers.

Following the Decision and Order, the Government submitted a supplemental memorandum in support of its

motions in limine supplying new factual detail to address the Court's concerns. (Dkt. No. 210.) For the reasons stated on the record on October 16, 2013, the Government's motions in limine relating to the categories of evidence articulated in the supplemental memorandum are **GRANTED**.

**SO ORDERED**

DATED: New York, New York
18 October 2013

VICTOR MARRERO
U.S.D.J.