Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 14 2015

Caption:

United States v.

Jose Pena

Docket No.: 09 Cr. 341 (VM)

Marrero

(District Court Judge)

Notice is hereby given that Jose Pena appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify)

entered in this action on 12/19/14 (date).

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✔   Other ☐

Defendant found guilty by plea ✔ | trial ☐ | N/A ☐ .

Offense occurred after November 1, 1987? Yes ✔ | No ☐   N/A ☐

Date of sentence: 12/19/14   N/A ☐

Bail/Jail Disposition: Committed ✔   Not committed ☐ | N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Elizabeth E. Macedonio |
| Counsel's Address: | 80 Broad Street - Suite 1900 |
| | New York, NY 10004 |
| Counsel's Phone: | 212-257-6410 |
| Assistant U.S. Attorney: | Laurie Korenbaum |
| AUSA's Address: | 1 Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | 212-637-2200 |

_[signature]_

Signature



The Law Office of
**Elizabeth E. Macedonio**

80 Broad Street • Suite 1900 • New York • New York • 10004
*Office:* 212-257-6410 • *Fax:* 212-257-6453 • *Email:* emacedonio@yahoo.com

<u>Via Facsimile 212-805-6382</u>



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/15

January 5, 2015

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: <u>United States v. Jose Pena</u>
                    09 Cr. 341 (VM)

Dear Judge Marrero:

      With the consent of the government, this letter is written to request that the Court extend the date for Mr. Pena to file a notice of appeal in this matter.

      After a trial before this Court, Mr. Pena was sentenced to life imprisonment on December 19, 2014. The judgment was filed the same day. Under the Federal Rule of Appellate Procedure 4(b)(1)(A), Mr. Pena's notice of appeal was to be filed on or before January 2, 2015. However, Rule 4(b)(4) permits the District Court to extend the filing deadline for a thirty day period upon a finding of excusable neglect or good cause.

      In the instant matter, the period to file a notice of appeal fell directly in the middle of both the Christmas and New Year's holidays. Moreover, the under signed was sick and therefore out of the office from December 24, 2014 to January 5, 2015. Upon returning to the office, I immediately addressed this issue.

      For these reasons it is respectfully requested that the Court extend the filing date of Mr. Pena's notice of appeal. Upon approval of this application, counsel will immediately file a notice of appeal. I thank Your Honor for his consideration in this matter.

                                    Respectfully,

                                    *Elizabeth E. Macedonio*

                                    Elizabeth E. Macedonio
                                    *Counsel to the Defendant*
                                    *Jose Pena*

cc: Laurie Korenbaum, AUSA – Via Electronic Mail

**SO ORDERED.** Request GRANTED. The time for defendant Jose Pena to file a notice of appeal herein is extended to 2-2-15.

DATE 1-5-15   VICTOR MARRERO, U.S.D.J.