```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      09 CR 341 (VM)
                                    :
        - against -                 :      ORDER
                                    :
JOSE PENA,                          :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated June 22, 2020, the United States Court of Appeals for the Second Circuit granted defendant Jose Pena's motion for leave to file a successive motion under 28 U.S.C. Section 2255 based on United States v. Davis, 139 S.Ct. 2319 (2019). (See Dkt. No. 433.) The Government is hereby directed to inform the Court of its proposal for further proceedings with regard to Jose Pena's Davis claims within seven days of the entry of this Order.

**SO ORDERED.**

Dated:   New York, New York
         24 June 2020

_____
Victor Marrero
U.S.D.J.