```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :      09 CR 341 (VM)
                                     :
        - against -                  :      ORDER
                                     :
JOSE PENA,                           :
                                     :
                    Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By letter dated July 6, 2020, the above-named defendant moves for reconsideration of the Court's July 6, 2020 Order, which vacated two counts on which the defendant was convicted and amended the Judgment accordingly in lieu of a full resentencing. (See Dkt. No. 442.) The Government is hereby directed to respond to the defendant's motion within twenty days of the entry of this Order.

**SO ORDERED.**

Dated:   New York, New York
         07 July 2020

_____
Victor Marrero
U.S.D.J.