```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :      09 CR 341(VM)
        -against-                 :      DECISION AND ORDER
                                  :
JOSE PEÑA,                        :
                                  :
                   Defendant.     :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

**VICTOR MARRERO, U.S.D.J.:**

By letter dated December 21, 2020, defendant Jose Peña ("Peña") requested reimbursement for assessments paid in connection with counts of conviction that have been vacated. (See Dkt. No. 459.) The Court granted the request and directed the Clerk of Court to reimburse Peña $200. (Id.) While the Court was awaiting details regarding where the reimbursement check should be mailed, Peña sent another letter, dated January 14, 2021, requesting a response to his December 21 inquiry. (See attached letter.)

The Court hereby informs Peña that his request for reimbursement has been granted. (See Dkt. No. 459.) Defense counsel has provided the Court with the address where Peña would like the funds mailed, the Finance Department has processed the voucher, and the check is forthcoming.

The Clerk of Court is hereby directed to mail this Order to Jose Peña, Register Number 90703-054, at USP Coleman I, U.S. Penitentiary, P.O. Box 1033, Coleman, FL  33521.

**SO ORDERED.**

Dated: New York, New York
      5 February 2021

_____
Victor Marrero
U.S.D.J.

1

1/14/2021

Ct. Case No. 09-341.VM

From - Jose Pena #90703-054

Good day Clerk of Court:

This is a letter motion requesting to the court, to reimburse me $200 that I paid of fine, that the court impose me for counts 7 and 8 to paid $100 for each. These two counts were vacated because they were unconstitutional. I sent you a letter on December 18, 2020. And I have no response yet. I would gladly would like to hear from this court as soon as possible. Thank you very much

Jose Pena



From: Jose Pena #90703-054 "Unit-A cell 2/9
Federal Correctional Complex
P.O. Box 1033 Coleman USP-1
Coleman FL 33521

2021 JAN 20 AM 11:28
CLERK'S OFFICE
S.D.N.Y.
90703-054
Clerk Of Court Sdny
500 Pearl ST
NEW YORK, NY 10007
United States

Atn: Criminal Docketing